# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 91-CR-131

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| SHERRELL GARY BRINKLEY ) | |
| ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the Motion to Expedite Transfer filed by pro se petitioner, Sherrell Gary Brinkley, on June 27, 2017 [doc. # 22]. Mr. Brinkley has also written a letter asking for relief, which was docketed on June 21, 2017 [doc. # 21].

The Court is informed that Mr. Brinkley has been transferred to state custody. Therefore, this Court has no authority to grant Mr. Brinkley's request.

IT IS THEREFORE ORDERED that the Motion to Expedite Transfer is hereby denied.

**IT IS SO ORDERED.**

Signed: July 5, 2017

Graham C. Mullen
United States District Judge